IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY - 8 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>and<br><br>the STATES OF COLORADO, LOUISIANA,<br>NEW JERSEY, OKLAHOMA and TEXAS,<br>    Plaintiff-Interveners,<br><br>v.<br><br>VALERO REFINING COMPANY, et al.,<br>and TESORO REFINING AND MARKETING<br>CORPORATION,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

NO. SA-05-CA-0569-RF

## JOINT STIPULATION OF FORCE MAJEURE

The United States of America ("Plaintiff" or the "United States"), on behalf of the Environmental Protection Agency ("EPA"), and Diamond Shamrock Refining Company, L.P. dba Valero McKee Refinery ("Valero McKee Refinery") (collectively the "Parties") file this Joint Stipulation of *force majeure* to document and extend deadlines applicable to the Valero McKee Refinery resulting from *force majeure* events and would show the Court the following:

1. On November 23, 2005, this Court entered a Consent Decree addressing the Valero McKee Refinery and which set forth numerous actions for the Valero McKee Refinery to perform by specific deadlines (hereinafter referred to as the "Consent Decree").

2. On February 16, 2007, a major fire occurred at the Valero McKee Refinery which caused a shutdown, evacuation, and severe damage to the refinery. Due to these events, the Valero McKee Refinery timely submitted a notice of *force majeure* in accordance with the terms of the Consent Decree.

3.  The United States and EPA, after an opportunity for consultation with the State of Texas, agree that the *force majeure* provisions of the Consent Decree apply to the February 16, 2007 fire at the McKee Refinery. In accordance with *force majeure* provisions of the Consent Decree, Valero is granted an extension of the required deadlines as detailed below and, as provided in the Consent Decree, the Parties further acknowledge that no stipulated penalties will apply for the period of such delay. The new deadlines for the Valero McKee Refinery are as follows:

| CD PARAGRAPH | COMPLIANCE OBLIGATION | ORIGINAL DUE DATE | EXTENDED DUE DATE |
|---|---|---|---|
| *VI. SO₂ Reductions from FCCUs and McKee Sulfuric Acid Plant* | | | |
| 77 | FCCU SOx Protocol: | | |
| 77, Appendix E | Complete Baseline Data Collection | 06/30/2007 | **06/30/2008** |
| | Submit Baseline Report | 09/30/2007 | **09/30/2008** |
| | Start Trials | 09/30/07 | **Valero will skip the catalyst trials and select either the Intercat SUPER SOXGETTER or the Grace Division Super DESOX, and may take up to 180 days to work out a commercial agreement with one of these companies. Valero will complete the optimization protocol by May 31, 2009, as required by the Consent Decree.** |
| | Complete Trials | 03/31/2008 | |
| | Submit Trial Report and Optimization Protocol | 05/31/2008 | |
| | Begin Optimization | 08/31/2008 | |
| *X. Benzene Waste NESHAPs Program* | | | |
| 141(b), 142 | Daily Canister Monitoring | Daily | 03/10/2007 |
| 164 | EOL Sampling | Monthly | 04/23/2007 |

| CD PARAGRAPH | COMPLIANCE OBLIGATION | ORIGINAL DUE DATE | EXTENDED DUE DATE |
|---|---|---|---|
| 134 | **BWON Audit Action Items:** | | |
| | Update 6 BQ Program | 12/31/2007 | **03/31/2008** |
| | Flare Design Packages/Testing | 06/30/2007 | **09/30/2007** |
| | Review waste characterization procedures & implement projects, if needed | 12/31/2007 | **03/31/2008** |
| | *XI. Leak Detection and Repair (LDAR) Program Enhancements* | | |
| 188, 192 | **LDAR Audit Action Items:** | | |
| | Refinery-wide OEL inspection and plugging. Training for refinery. | 06/30/2007 | **09/30/2007** |
| | DTM vs. UTM evaluation and proper identification | 04/30/2007 | **09/30/2007** |
| | DTM evaluation (<3% DTM/unit) | 03/31/2007 | **09/30/2007** |
| | *XII. Program Enhancements Re: NSPS Subparts A and J SO2 Emissions from Claus Sulfur Recovery Plants (SRP) and Flaring* | | |
| 235 | **NSPS Subpart J Compliance:** | | |
| | WWTU Flare (included in Appendix N). The refinery has elected to comply using ¶235(b). | 12/31/2007 | **12/31/2008** |
| | **D. Investigation and Reporting (Root Cause Failure Analyses) (4):** | | |
| 242 | #2 Vacuum flaring | Ext. to 03/12/07 | **05/14/2007** |
| | Power Failure | 03/01/2007 | **04/30/2007** |
| | Alky Start-Up After Power Failure | 03/02/2007 | **05/01/2007** |
| | #1 SRU Shutdown | 03/27/2007 | **05/26/2007** |
| | HCU Shutdown | 03/15/2007 | **05/14/2007** |
| | PDA Fire | 04/17/2007 | **06/17/2007** |
| | *XIII. B. NSPS QQQ Audit Action Items* | | |
| 273 | Update QQQ program to include all affected facilities | 06/30/2007 | **09/30/2007** |
| | Incorporate not in active service drains into QQQ program | 06/30/2007 | **09/30/2007** |
| | ~~Locate documentation for sewer~~ | ~~06/30/2007~~ | ~~09/30/2007~~ |

| CD PARAGRAPH | COMPLIANCE OBLIGATION | ORIGINAL DUE DATE | EXTENDED DUE DATE |
|---|---|---|---|
| | controls | | |
| | Modify drain inspections to confirm seals | 06/30/2007 | 09/30/2007 |
| | Perform sewer survey/identification | 12/30/2007 | 03/30/2008 |
| | QQQ monthly inspections | Monthly | 03/10/2007 |

Respectfully submitted,

FOR PLAINTIFF, UNITED STATES OF AMERICA:

*/s/ Dianne M. Shawley*     Date May 5, 2008
DIANNE M. SHAWLEY
Senior Counsel
Environment and Natural Resources Division
U.S. Department of Justice
1425 New York Avenue, N.W.
Washington, DC 20005

FOR DEFENDANTS – VALERO REFINING COMPANY – CALIFORNIA, VALERO REFINING COMPANY - NEW JERSEY, VALERO REFINING COMPANY - LOUISIANA, VALERO REFINING COMPANY - NEW ORLEANS, VALERO REFINING COMPANY – OKLAHOMA, VALERO REFINING - TEXAS, L.P., ULTRAMAR, INC., TPI PETROLEUM, INC., COLORADO REFINING COMPANY AND DIAMOND SHAMROCK REFINING COMPANY, L.P.

_____  
PARKER WILSON,  
Managing Counsel  
P. O. Box 696000  
San Antonio, TX 78269-6000  
Telephone: (210) 345-5894  
Fax: (210) 353-8363

Date **May 1, 2008**

## ORDER

So entered in accordance with the foregoing on **May 8**, 2008.

_____  
UNITED STATES DISTRICT COURT JUDGE  
FOR THE WESTERN DISTRICT OF TEXAS