

**McKEE REFINERY** • Diamond Shamrock Refining Company, L.P., a Valero Company • 6701 FM 119 • Sunray, TX 79086-2013 • Telephone (806) 935-2141

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7015 1520 0003 5125 9970**

2 Copies FILED

MAY -2 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

April 28, 2017

Director
Air Enforcement Division (2242A)
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

> Ref: **United States, et. al. v. Valero Refining Company, et.al.,**
> **Civil Action No. SA-05-CA-0569**
> **Diamond Shamrock Refining Company, L.P.; McKee Refinery**
> **Semi-Annual Progress Report – 10/01/2016 – 03/31/2017**

To Whom It May Concern:

Paragraph 308 of the consent decree between the United States and Valero requires the submission of a progress report for each refinery owned and operated by Valero within 30 days of the end of the first calendar quarter following the date of entry. This report fulfills the obligation and covers the period of October 1, 2016, through March 31, 2017, for the McKee Refinery. The report is certified in accordance with paragraph 309.

The "action taken" information in the 308(a) section of this report comes from a consent decree obligation database. References to attached documents in this section of the report are for internal purposes; these documents do not appear in this report.

If you have any questions regarding this report, please contact Abby Winegarner, Environmental Engineer, at (806) 935-1220.

Sincerely,

*Lauren K. Bird*

Lauren Bird
Vice President and General Manager
Valero McKee Refinery



**McKEE REFINERY** • Diamond Shamrock Refining Company, L.P., a Valero Company • 6701 FM 119 • Sunray, TX 79086-2013 • Telephone (806) 935-2141

| | | |
|---|---|---|
| cc: | Chief, Environmental Enforcement Section<br>Environment and Natural Resource Division<br>U.S. Department of Justice<br>P.O. Box 7611, Ben Franklin Street<br>Washington, DC 20044-7611<br>**CERTIFIED MAIL: 7015 1520 0003 5125 8249** | **2 Copies** |
| cc: | United States Attorney<br>Western District of Texas<br>c/o U.S. Marshal Service<br>U.S. Courthouse<br>655 E. Durango<br>San Antonio, TX 78206<br>**CERTIFIED MAIL: 7015 1520 0003 5125 8256** | **2 Copies** |
| cc: | U.S. Environmental Protection Agency Region 6<br>Mr. David Garcia, Director<br>Air/Toxics & Inspection Coordination Branch (6EN-A)<br>1445 Ross Avenue<br>Dallas, TX 75202-2733<br>**CERTIFIED MAIL: 7015 1520 0003 5125 8263** | **2 Copies** |
| cc: | Mr. John Sadler<br>Deputy Director<br>Office of Compliance and Enforcement<br>Texas Commission on Environmental Quality<br>P. O. Box 13087, Mail Code: 172<br>Austin, TX 78711-3087<br>**CERTIFIED MAIL: 7015 1520 0003 5125 8270** | **2 Copies** |
| cc: | Office of the Attorney General of the State of Texas<br>Natural Resources Division<br>ATTN: Karen Kornell<br>300 West 15th Street, 10th Floor<br>Austin, TX 78701<br>**CERTIFIED MAIL: 7015 1520 0003 5125 8287** | **2 Copies** |
| cc: | Mr. Edward Vance<br>Air Program Manager<br>Texas Commission on Environmental Quality<br>3918 Canyon Drive<br>Amarillo, TX 79109-4933<br>**CERTIFIED MAIL: 7015 1520 0003 5125 8294** | **2 Copies** |

**Send .pdf Electronic Files to:**

csullivan@matrixneworld.com
lundelius.diana@epa.gov

You may also send a copy of the .pdf file to the following address if you cannot send it electronically:

Director, Air Enforcement Division
c/o Matrix New World Engineering Inc.
120 Eagle Rock Ave., Suite 207
East Hanover, NJ 07936-3159

# Valero Consent Decree - Semi-Annual Update Report
Period: 10/01/2016 to 03/31/2017
McKee Refinery

| Paragraph | Action Item | Due Date | Completion Date | Action Taken |
|---|---|---|---|---|
| | **CD01:IV: Heaters and Boilers NOx** | | | |
| 30. | Verify, for CEMS installed to comply with paragraph 29, that required Cylinder Gas Audit (CGA) or RATA was completed. See most recent Annual Update Report for a list of covered heaters and boilers. CGAs are required quarterly (except for the quarter when a RATA is performed) and RATAs at least once every three years. Attach summary of RATA or CGA. | 10/15/2016 | 10/15/2016 | All cylinder gas audits and RATAs were successfully completed in the third quarter 2016, in accordance with 40 CFR Appendix B. |
| 30. | Verify, for CEMS installed to comply with paragraph 29, that required Cylinder Gas Audit (CGA) or RATA was completed. See most recent Annual Update Report for a list of covered heaters and boilers. CGAs are required quarterly (except for the quarter when a RATA is performed) and RATAs at least once every three years. Attach summary of RATA or CGA. | 1/15/2017 | 1/15/2017 | All cylinder gas audits and RATAs were successfully completed in the fourth quarter 2016, in accordance with 40 CFR Appendix B. |
| 29.(c) | If, during the preceding semi-annual period, new NOx controls were added to Heaters/Boilers <100 MMBtu/hr and >40 MMBtu/hr, verify that stack test were conducted within 180 days of start-up. Attach copy of stack test summary. | 1/15/2017 | 1/15/2017 | There were no new NOx controls added to Heaters/Boilers greater than 40 MMBtu/hr, but less than 100 MMBtu/hr during the second half 2016. |
| 29.(b) | If, during the preceding semi-annual period, new NOx controls were added to Heaters/Boilers greater than 100 MMBtu/hr, but less than 150 MMBtu/h, verify that CEMS were installed within 180 days of start-up. | 1/15/2017 | 1/15/2017 | There were no new NOx controls added to Heaters/Boilers greater than 100 MMBtu/hr, but less than 150 MMBtu/hr during the second half of 2016. |
| 29.(a) | If, during the preceding semi-annual period, new NOx controls were added to Heaters/Boilers >150 MMBtu, verify that CEMS were installed within 180 days of start-up. | 1/15/2017 | 1/15/2017 | There were no new NOx controls added to Heaters/Boilers greater than 150 MMBtu/hr during the second half 2016. |
| | **CD01:IX: Heaters and Boilers SO2 NSPS** | | | |
| 121. | Conduct a CGA on H2S CEMS each calendar quarter during which a RATA is not performed. | 10/1/2016 | 10/1/2016 | A RATA was successfully conducted on the refinery's fuel gas H2S analyzer during the third quarter 2016. |
| 121. | Conduct a CGA on H2S CEMS each calendar quarter during which a RATA is not performed. | 11/1/2016 | 11/1/2016 | A CGA was successfully conducted on the Fuel Gas H2S analyzer during the fourth quarter 2016. |
| 121. | Conduct a CGA on H2S CEMS each calendar quarter during which a RATA is not performed. | 12/1/2016 | 12/1/2016 | A CGA was successfully conducted on the Fuel Gas H2S analyzer during the fourth quarter 2016. |
| 121. | Conduct a CGA on H2S CEMS each calendar quarter during which a RATA is not performed. | 1/1/2017 | 1/1/2017 | A CGA was successfully conducted on the refinery's fuel gas H2S analyzer during the fourth quarter 2016. |
| 121. | Conduct a CGA on H2S CEMS each calendar quarter during which a RATA is not performed. | 2/1/2017 | 2/1/2017 | A CGA was successfully conducted on the refinery's fuel gas H2S analyzer during the fourth quarter 2016. |
| 121. | Conduct a CGA on H2S CEMS each calendar quarter during which a RATA is not performed. | 3/1/2017 | 2/24/2017 | A CGA was successfully conducted on the refinery's fuel gas H2S analyzer during the first quarter 2017. |
| | **CD01:V: FCCU NOx** | | | |
| 62. | Conduct CGA on FCCU NOx CEMS each calendar quarter during which a RATA is not performed. | 10/30/2016 | 10/30/2016 | A RATA was successfully conducted on the FCCU CEMS during the third quarter 2016. |
| 48.(a) | Confirm for the last semi-annual period that all exceedances of the FCCU NOx concentration emission limits were entered into IMPACT. The FCCU NOx emission concentration limit is the limit set by the refinery to comply with the interim and final system-wide average and measured as a 365-day rolling average at 0% O2. | 1/15/2017 | 1/15/2017 | There were no exceedances of the FCCU NOx concentrations during the third or fourth quarters 2016. |

## Valero Consent Decree - Semi-Annual Update Report
### Period: 10/01/2016 to 03/31/2017
### McKee Refinery

| Paragraph | Action Item | Due Date | Completion Date | Action Taken |
|---|---|---|---|---|
| 62. | Conduct CGA on FCCU NOx CEMS each calendar quarter during which a RATA is not performed. | 1/30/2017 | 1/30/2017 | A quarterly cylinder gas audit was conducted on the FCCU CEMS during the 4th quarter 2016. |
| | **CD01:VI: FCCU SO2** | | | |
| 90. | Conduct a CGA on the FCCU SO2 CEMS each calendar quarter during which a RATA is not performed. | 10/30/2016 | 10/30/2016 | A RATA was successfully conducted on the FCCU CEMS during the third quarter 2016. |
| 90. | Conduct a CGA on the FCCU SO2 CEMS each calendar quarter during which a RATA is not performed. | 1/30/2017 | 1/30/2017 | A quarterly cylinder gas audit was conducted on the FCCU CEMS during the 4th quarter 2016. |
| | **CD01:VII: FCCU CO, Opacity, and PM** | | | |
| 101. | Conduct CGA on FCCU CO CEMS each calendar quarter during which a RATA is not performed. | 10/30/2016 | 10/30/2016 | The Valero McKee Refinery utilizes 40 CFR 60.105(a)(2)(ii) as an exemption to installing a CO monitor. Per 40 CFR 60.105(a)(2)(ii) a source test was conducted in May 2014 in accordance with the permit and CO was less than 50 ppm. |
| 94. | Confirm for the last semi-annual period that all exceedances of the FCCU CO concentration emission limits were entered into IMPACT. The FCCU CO emission limit is 500 ppmvd at 0% O2 measured as a 1-hr block average. | 1/15/2017 | 1/15/2017 | The Valero McKee Refinery utilizes 40 CFR 60.105(a)(2)(ii) as an exemption to installing a CO monitor. Per 40 CFR 60.105(a)(2)(ii) a source test was conducted in May 2014 in accordance with the permit and CO was less than 50 ppm. |
| 96. | Confirm for the last quarter that all exceedances of the FCCU PM emission limit were inputted into IMPACT. The PM limit is 1 pound per 1,000 pounds of coke burned (front half only according to Method 5B or 5F, as appropriate). | 1/15/2017 | 1/15/2017 | Based on the source test conducted May 20, 2014, there were no PM emissions above the limit. The PM result from the source test was 0.341 lbs/1000 lbs coke burn. |
| 101. | Conduct CGA on FCCU CO CEMS each calendar quarter during which a RATA is not performed. | 1/30/2017 | 1/30/2017 | A quarterly cylinder gas audit was conducted on the FCCU CEMS during the 4th quarter 2016. |
| | **CD01:VIII: FCCU SO2 NSPS** | | | |
| 107.(h.) | Confirm for the prior semi-annual period that all exceedances of the FCCU NSPS J SO2 emission limit were reported in IMPACT. | 1/15/2017 | 1/15/2017 | There were no exceedances of the FCCU NSPS Subpart J SO2 emissions limits during the third or fourth quarter 2016. |
| | **CD01:X: Benzene NESHAP** | | | |
| 172.(c.) | For the previous semi-annual period, verify that weekly visual inspections occurred of conservation vents/indicators on process sewers required to be controlled per Benzene Waste NESHAP. Reset any vents where leaks are detected. | 10/15/2016 | 10/15/2016 | This item is not applicable. No BWON components meeting the definition of a conservation vent (per the CD) exists at the McKee Refinery. |
| 172.(a.) | For the previous semi-annual period, verify monthly visual inspections of water traps that are controlled under the BWN provisions. | 10/15/2016 | 10/15/2016 | Monthly water seal inspections were conducted during the second and third quarters 2016 on water traps used as BWN control devices. |
| 144. | For previous semi-annual period, verify that there is a "reasonable supply" of fresh carbon and carbon canisters onsite. | 10/15/2016 | 10/15/2016 | For the second and third quarters 2016, a reasonable supply of carbon canisters was maintained on-site. The warehouse stocks a minimum of 20 and a maximum of 30 carbon canisters. |
| 143. | For the previous semi-annual period, verify replacement of original secondary carbon canister with a fresh carbon canister when breakthrough between the primary and secondary canister is detected according to the provisions in paragraphs X.143.(a.) - (c.). | 10/15/2016 | 10/15/2016 | For the second and third quarters 2016, carbon canisters were replaced upon detection of breakthrough between the primary and secondary canisters. |

## Valero Consent Decree - Semi-Annual Update Report
### Period: 10/01/2016 to 03/31/2017
### McKee Refinery

| Paragraph | Action Item | Due Date | Completion Date | Action Taken |
|---|---|---|---|---|
| 142. | For the previous semi-annual period, verify that breakthrough monitoring for dual carbon canister systems occurred according to the frequency specified in §61.354(d) (but in no event less frequently than once per month), or alternatively at least once on each operating weekday. | 10/15/2016 | 10/15/2016 | Dual carbon canister systems were monitored daily for breakthrough during the second and third quarters 2016. |
| 138. | For previous semi-annual period, confirm that no single BWON carbon canisters were in use. Alternatively, if single drums were used, justify their use per CD 137 and provide monitoring and breakthrough data per CD 139. | 10/15/2016 | 10/15/2016 | There are no single carbon canister installations utilized at the McKee Refinery for BWON controls. |
| 165. | Conduct quarterly end of line sampling (see items X.165.-X.169.) and benzene quantification. Samples must be collected before the end of the quarter (3/31, 6/30, 9/30, or 12/31). | 10/15/2016 | 10/15/2016 | Quarterly end of line sampling was conducted for the third quarter 2016. |
| 172.(d.) | For the preceding semi-annual period, verify that quarterly monitoring was performed in accordance with the "no detectable emissions" provisions for oil/waters separators in §61.347. | 10/15/2016 | 10/15/2016 | All "No Detectable Emissions" monitoring was conducted on oil/water separators in accordance with 40 CFR 61.347 during the second and third quarters 2016. |
| 166. | If changes during the last semi-annual period in processes, operations, or other factors caused the approved sampling locations and flow calculations to no longer provide an accurate measure of the refinery's EOL benzene quantity, submit 2 copies of a revised EOL sampling plan to EPA for approval. This can be bundled with the next quarterly BWON report. | 10/30/2016 | 10/30/2016 | During the second and third quarters 2016, no changes occurred in processes, operations, or other factors to cause revisions to the approved sampling locations and approved methods for determining flow calculations for EOL quantification. |
| 158. | Review schematics reflecting the movements of waste/slop/off-spec oil streams within the refinery. If any changes were made during the preceding semi-annual period, update the schematic and submit it, and a certification of accuracy, with the next quarterly BWON report. | 10/30/2016 | 10/30/2016 | For the second and third quarters 2016, there were no changes requiring updates to the refinery's waste/slop/off-spec oil movements schematics. |
| 176. | Include in 61.357(d)(6) and (7) quarterly reports the additional information listed in X.176.(i.) - (iii.). If EOL exceeds quarterly target but annual target is expected to be met, explain in this report. Maintain records supporting quarterly EOL quantity calculations, including methodology and data used to identify and calculate flow. As required by paragraph 181, this report must be submitted in duplicate. | 10/30/2016 | 10/30/2016 | The quarterly NESHAPs FF and EOL report for the third quarter 2016 was submitted. The benzene quantity did not exceed the quarterly limit of 1.5 MG per quarter. |
| 168. | If quarterly EOL results indicate exceedance of the 6 Mg annual target, submit two copies of a corrective plan to the EPA. | 11/29/2016 | 11/14/2016 | A corrective action plan was not required as the third quarter 2016 EOL results did not exceed the 6 MG projection. |
| 153. | Complete annual training of BWN samplers (Valero employees and contractors) per developed program. | 12/30/2016 | 12/30/2016 | Annual training of BWON samplers was conducted during the fourth quarter 2016. |
| 154. | Conduct operator refresher training on standard operating procedures for BWN control equipment every 3 years. | 12/30/2016 | 12/30/2016 | Operator refresher training was conducted on Standard Operating Procedures for BWON control equipment during the fourth quarter 2015. |
| 172.(b.) | Verify that all segregated stormwater drains are identified and that the markings are still visible. | 12/30/2016 | 12/30/2016 | All segregated storm water drains have been identified and markings have been verified as visible. |
| 165. | Conduct quarterly end of line sampling (see items X.165.-X.169.) and benzene quantification. Samples must be collected before the end of the quarter (3/31, 6/30, 9/30, or 12/31). | 1/15/2017 | 1/15/2017 | End of Line samples and benzene quantification was conducted for the fourth quarter 2016. |

# Valero Consent Decree - Semi-Annual Update Report
## Period: 10/01/2016 to 03/31/2017
### McKee Refinery

| Paragraph | Action Item | Due Date | Completion Date | Action Taken |
|---|---|---|---|---|
| 176. | Include in 61.357(d)(6) and (7) quarterly reports the additional information listed in X.176.(i.) - (iii.). If EOL exceeds quarterly target but annual target is expected to be met, explain in this report. Maintain records supporting quarterly EOL quantity calculations, including methodology and data used to identify and calculate flow. As required by paragraph 181, this report must be submitted in duplicate. | 1/30/2017 | 1/30/2017 | The quarterly NESHAPs FF and EOL report for the fourth quarter 2016 was submitted. The benzene quantity did not exceed the quarterly limit of 1.5 MG per quarter. |
| 168. | If quarterly EOL results indicate exceedance of the 6 Mg annual target, submit two copies of a corrective plan to the EPA. | 2/28/2017 | 2/28/2017 | A corrective action plan was not required as the fourth quarter 2016 EOL results did not exceed the annual 6 MG projection. |
| | CD01:XI: Leak Detection and Repair | | | |
| 208. | Verify that the LDAR personnel accountability list is still accurate. Update if necessary. | 12/30/2016 | 12/30/2016 | The LDAR personnel accountability list has been verified for accuracy and has been updated as required. |
| 186.(1.) | For the previous semi-annual period, confirm initial training for newly-assigned LDAR employees. If training required, attach documentation. | 1/15/2017 | 1/15/2017 | Two new LDAR employees were hired on November 7th and 17th of 2016. Initial LDAR training was conducted on January 4, 2016. |
| 207.(2.) | For the preceding semi-annual period, verify that quarterly QA/QC review of monitoring data was conducted pursuant to the LDAR QA/QC Plan. | 1/15/2017 | 1/15/2017 | Review of the monitoring data per the procedures in the LDAR QA/QC Plan was conducted for the third and fourth quarter 2016. |
| 215.(b.) | Include, as part of the semiannual NSPS and MACT LDAR report, the information specified in 192 and 215(b). As required by paragraph 217, this report must be submitted in duplicate. | 1/30/2017 | 1/30/2017 | The semi-annual NSPS and MACT LDAR report for the second half 2016 contained the information specified in 192 and 215(b). |
| 186.(2.) | Conduct annual training for LDAR employees. | 3/28/2017 | 3/28/2017 | Annual training for LDAR employees was conducted for 2017. |
| 186.(2.) | Conduct annual training for LDAR employees. | 3/31/2017 | 3/31/2017 | Annual training for LDAR employees was conducted for 2017. |
| | CD01:XII.B: Sulfur Recovery Plant (SRP) SO2 NSPS | | | |
| 224. | Monitor and report upon tail gas emissions from SRP stacks according to applicable NSPS A and J requirements. AG Flaring devices identified in Appendix K are not subject to this requirement. | 1/30/2017 | 1/30/2017 | The Excess Emissions Reports for the fourth quarter 2016 were prepared and submitted. |
| | CD01:XII.D-H: Inv. & Rpt. for Flaring Incidents | | | |
| 242. | For the preceding semi-annual period, confirm that all RCFAs were completed and submitted for Acid Gas Flaring, Hydrocarbon Flaring, and Tail Gas Incidents. | 1/15/2017 | 1/15/2017 | There was one flaring event on November 16, 2016, that required an RCFA to be submitted for the second half of 2016. Additional information concerning RCFA's is provided in Appendix B of this report. |
| | CD01:XV: Emission Reduction Credits | | | |
| 302. | Submit to EPA annual reports regarding the generation and use of emission reduction credits. | 1/31/2017 | 1/31/2017 | No emissions credits were generated or used by the McKee Refinery during 2016. |
| | CD01:XVI: General Recordkeeping/Reporting | | | |
| 308. | Prepare and submit "Progress Report" information specified in 308.(a.) thru (e.) to Corporate. Also include any new hydrocarbon flaring device. | 10/30/2016 | 10/30/2016 | The semiannual progress report was prepared and submitted with the information specified in 308 (a) through (e). |
| | CD02.XI: Leak Detection and Repair | | | |
| 211. | For the previous semi-annual period, verify daily Calibration Drift Assessments of LDAR monitoring equipment and the remonitoring if required. | 1/15/2017 | 1/15/2017 | For the third and fourth quarters 2016, Calibration Drift Assessments of LDAR monitoring equipment was conducted. |

# Valero Consent Decree - Semi-Annual Update Report
## Period: 10/01/2016 to 03/31/2017
### McKee Refinery

| Paragraph | Action Item | Due Date | Completion Date | Action Taken |
|---|---|---|---|---|
| N/A | | | | |
| None | | | | |
| None | | | | |
| None | | | | |

I certify under penalty of law that this information was prepared under my direction or supervision in accordance with a system designed to ensure that qualified personnel properly gather and evaluate the information submitted. Based on my directions and my inquiry of the person(s) who manage the system, or the person(s) directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete.

McKee Refinery

Signature: _/s/ Lauren K. Bird_

Print Name: _Lauren K. Bird_

Print Title: _Vice President & General Manager_

Date: _17 April 2017_

# Appendix B
# Hydrocarbon Flaring Events
# Paragraph 243

**Root Cause Failure Analysis**     EHSM Incident Number: **300048**

*The information contained below satisfies the requirements of the Valero Consent Decree XII.D.242*

Refinery: **McKee**
Incident Type: **Hydrocarbon Flaring**     Due Date: **1/15/2017**
Combustion Source: **HCU Flare**     **Final**

Previous Dates and Reports: _____

(1.) The date and time that the Incident started and ended:

| Times: | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Start/End Date: | 11/16/2016 | 11/17/2016 | 11/18/2016 | | | | |
| From: | 1:20 AM | 12:00 AM | 12:00 AM | | | | |
| To: | 11:59 PM | 11:59 PM | 5:00 PM | | | | |
| Total (Hrs): | 22.7 | 24.0 | 17.0 | 0.0 | 0.0 | 0.0 | 0.0 |

After submittal of the Compliance Plan for Flaring Devices specified in 237, was the Incident attributable to the combustion of a stream(s) of Continuous or Intermittent Routinely-Generated Fuel Gases covered in the plan?
   **No**   (Yes/No/NA)     If yes, it is not necessary to complete Sections 2-9.

$H_2S$ content, ppm _____  If the flared gas contains less than 162 ppm H2S, it is not necessary to complete Sections 2-9.

(2.) Estimate of the quantity of SO2 that was emitted:

| | | |
|---|---|---|
| Average Flowrate, dscfh (FR) | (FR) | **402,031** |     Std. Temp: 68 deg.
| Total Duration, hours | (TD) | **63.7** |
| Avg. Vol. Frac. $H_2S$, scf/scf | (Conc$H_2S$) | **0.000390** |
| Tons of $SO_2$ = | | **0.8** |

Tons of SO2 = [FR][TD][Conc$H_2S$][8.31 x $10^{-5}$]

Tons of SO2 = [402031.25][63.7][0.00039][8.31 x 10-5]

Include explanation of basis for any estimates of missing data points (257):
Calibration at 7AM was overridden with PPM of H2S that was simmilar to the H2S data at the surrounding time. 165 PPM for the calibration on 11/16. 85 PPM for the calibration on 11/17. 500 PPM for the calibration on 11/18.

(3.) The steps taken to limit the duration and/or quantity of $SO_2$ emissions associated with the Incident:
The refinery experienced flaring as the result of a planned maintenance event. The refinery minimized emissions by following its Maintenance Startup, and Shutdown (MSS) permit requirements. Emissions were minimized by following shutdown and startup procedures. Please also note that the emissions associated with this event did not exceed the emissions authorized in the refinery's MSS permit.

Did the incident result from temporarily bypassing a flare gas recovery system for safety or maintenance reasons?
   **No**   (Yes/No)     If yes, it is not necessary to complete sections 3 or 5-9.

(4.) Detailed analysis that set forth the Root Cause of the Incident, to the extent determinable:
The refinery was conducting planned maintenance associated with planned HCU outage. Emissions were sent to the flare and not the fuel gas system in order to maintain plantwide stabliility, therefore preventing a larger shutdown.

Was the incident attributable to the SU/SD of a unit in which a similar Incident was previously analyzed for corrective action?
   **No**   (Yes/No)     If yes, it is not necessary to complete Sections 5-9 if the corrective action is identified.

Has a commitment been made in the Compliance Plan for Flaring Devices to process this stream in a planned flare gas recovery system that would have reduced the SO2 emissions for this incident to less than 500 lbs in a 24 hour period?
   **No**   (Yes/No)     If yes, it is not necessary to complete Sections 5-9.

(5.) Analysis of the measures, if any, that are reasonably available to reduce the likelihood of a recurrence of the Incident including cost and effectiveness of changes in design, operation, and maintenance.

**Root Cause Failure Analysis**                                   EHSM Incident Number: **300048**

**The refinery will continue to follow the terms and conditions of its MSS permit and take steps as indicated above to reduce emissions during such planned maintenance events.**

---

**(6.) Description of corrective action(s) or explanation of why corrective action(s) are not required:**
Is corrective action required?                            __No__     (Yes/No)


If corrective action(s) are not complete, what is the proposed schedule?
    Start Date: _____            Completion Date: _____

**(7.) Stipulated Penalty Analysis:**             **NOT APPLICABLE**

**(8.)** The investigation of causes and/or possible corrective actions still are underway 60 days after the end of the incident so an extension is being requested (up to 60 days typically). Input a date only for initial and follow-up reports.
    __No__  (Yes/No)                     The followup report shall be submitted by: _____
Alternatively, HC Flaring RCFA reports may be submitted as part of Semi-annual Progress Reports (243).

**(9.)** Is(are) the completion of the implementation of corrective action(s) finalized at this time?
    __No__   (Yes/No/NA)           If no, a corrective action completion report is required within 30 days of completion.

**Certification (261)**
"I certify under penalty of law that I have personally examined and am familiar with the information submitted herein and that I have made a diligent inquiry of those individuals immediately responsible for obtaining the information and that to the best of my knowledge and belief, the information submitted herewith is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment."

Signed: _Lauren K. Bird_                                    Date: _17 January 2017_
Name: **Lauren Bird**                                       Title: **VP and General Manager**

Submit copies to EPA, the applicable EPA regional office (242), and the applicable state agency (376).


NOTE: Prior to the NSPS compliance date for flaring devices, a single RCFA report may be prepared for HC Flaring Incidents with root causes that routinely reoccur provided EPA and the appropriate Plaintiff-Intervener have been given prior notification. (244)