UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br>       and<br>the STATES OF COLORADO, LOUISIANA,<br>NEW JERSEY, OKLAHOMA, and TEXAS,<br>       Plaintiff-Interveners,<br><br>       v.<br><br>VALERO REFINING COMPANY, ET AL., and<br>TESORO REFINING AND MARKETING<br>CORPORATION,<br>       Defendants. | NO. SA-05-CA-0569-OLG |

## **JOINT UNOPPOSED MOTION TO TERMINATE CONSENT DECREE**

Defendant Alon Refining Krotz Springs, Inc. ("Alon"), formerly Valero Refining Company – Louisiana ("VRCL"), Plaintiff the United States of America, and Plaintiff-Intervener the State of Louisiana (collectively, "Movants") jointly move for termination of the Consent Decree entered on November 23, 2005 (Doc. No. 37) in the above-captioned matter ("Valero Consent Decree") for the petroleum refinery in Krotz Springs, Louisiana ("Krotz Springs Refinery"). The grounds in support of this motion are set forth in the Memorandum of Law in Support of the Joint Unopposed Motion to Terminate the Consent Decree, filed herewith.

Dated: June 26, 2017  Respectfully submitted,

*/s/ Alexandra Magill Bromer*
Alexandra Magill Bromer (admitted *pro hac vice*)
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005- 3960
ABromer@perkinscoie.com
Tel: (202) 654-6218
Fax: (202) 654-9946
D.C. Bar No. 978196

*/s/ Kelly D. Hine*
Kelly D. Hine
Perkins Coie LLP
500 North Akard Street, Suite 3300
Dallas, TX  75201-3347
KHine@perkinscoie.com
Tel: (214) 965-7730
Fax: (214) 965-7799
Tex. Bar No. 24002290

Counsel for Alon Refining Krotz Springs, Inc.


JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Scott M. Cernich*
Scott M. Cernich
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7622
Scott.Cernich@usdoj.gov
Tel: (202) 514-0056
Fax: (202) 616-6584
D.C. Bar No. 479851

        RICHARD L. DURBIN, JR.
        United States Attorney

        <u>/s/ Susan Strawn</u>
        Susan Strawn
        Assistant United States Attorney
        U.S. Department of Justice
        601 NW Loop 410, Ste 600
        San Antonio, TX 78216
        SStrawn@usa.doj.gov
        Tel. (210) 384-7388
        Fax (210)384-7312
        Tex. Bar No. 19374330

        Counsel for Plaintiff the United States of America


        <u>/s/ Ted R. Broyles, II</u>
        Ted R. Broyles, II
        Office of the Secretary
        Legal Affairs Division
        Louisiana Dept. of Environmental Quality
        P.O. Box 4302
        Baton Rouge, LA 70821-4302
        Ted.Broyles@LA.GOV
        Phone: (225) 219-3985
        Fax: (225) 219-4068
        La. Bar Roll No. 20456

        Counsel for Plaintiff-Intervenor the State of Louisiana

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, the foregoing JOINT UNOPPOSED MOTION TO TERMINATE CONSENT DECREE was served on counsel for the parties in the above-captioned action through the ECF system.

Dated:  June 26, 2017                    */s/ Alexandra Magill Bromer*
                                                            Alexandra Magill Bromer