# Exhibit 2

 **Refining Krotz Springs, Inc.**

12700 Park Central Drive
Suite 1600
Dallas, TX 75251
972.367.4000

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

June 11, 2015

Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611

Director
Air Enforcement Division (2242-A)
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460-0001

United States Attorney
Western District of Texas
c/o U.S. Marshal Service
U.S. Courthouse
655 E. Durango
San Antonio, TX 78206

Administrator
Department of Environmental Quality
Enforcement Division
Office of Environmental Compliance
P.O. Box 4312
Baton Rouge, LA 70821-4312

Chief
Air, Toxics, and Inspection Coordination
Branch (6EN-A)
Compliance Assurance and Enforcement
Division
U.S. Environmental Protection Agency,
Region 6
1445 Ross Avenue
Dallas, Texas 75202

Re: <u>United States of America, et al. v. Valero Refining Company, et al. and Tesoro Refining and Marketing Corporation</u> – Section XXV. Termination

Dear Notice Recipients:

    This letter follows up on Alon Refining Krotz Springs, Inc.'s ("Alon") April 3, 2015 letter certifying completion of all applicable requirements described in Paragraphs 359-364 of the above referenced Consent Decree for its Krotz Springs, Louisiana refinery ("KSR"). In its April 3, 2015 submission, Alon enclosed a disk containing comprehensive documentation demonstrating KSR's compliance with the Consent Decree from the Date of Entry through 2013. Alon also included a "Consent Decree Milestone Chart" (Appendix B) that summarized the actions KSR has taken to comply with the applicable provisions of the Consent Decree and included cross-references to the relevant compliance documentation on the disk.

LEGAL126453900.1

Alon has completed implementation of all one-time obligations of the Consent Decree. Enclosed with this letter please find a disk containing additional documentation demonstrating Alon's compliance with the ongoing obligations of the Consent Decree (reporting, training, sampling, etc.) In addition, Alon has revised the Consent Decree Milestone Chart (Appendix B) to incorporate cross-references (in blue text) to the additional documents Alon is submitting today.

In accordance with paragraph 361 of the Consent Decree, Alon is providing the certification below:

*To the best of my knowledge, after thorough investigation, I certify that the information contained in or accompanying this submission is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.*

Please contact me or Anita Junker at (337) 566-0184, if you have any questions.

Sincerely,

*[signature: Gregg Byers]*

Gregg Byers
Vice President of Refining

Attachments

cc:   James Ranspot, Esq. (via electronic mail)
      Ms. Anita Junker (via electronic mail)
      LeAnn Johnson Koch, Esq. (via electronic mail)
      Richard Walsh, Esq. (via electronic mail)
      Terri Dykes, Esq. (via overnight mail)
      Mr. Jim Gold (via overnight mail)
      Ms. Afton Bessix (via overnight mail)

      Valero Energy Corporation
      Attn: Senior Vice President and General Counsel
      One Valero Way
      San Antonio, TX 78249

LEGAL126453900.1