# Exhibit 3



**Krotz Springs Refinery**

Highway 105 South • P.O. Box 453 • Krotz Springs, Louisiana 70750-0453 • Telephone 337-566-2301 • Fax 337-566-0101

## VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED

April 26, 2016

Chief  
Environmental Enforcement Section  
Environment and Natural Resources Division  
U.S. Department of Justice  
P.O. Box 7611, Ben Franklin Station  
Washington, DC 20044-7611

Director  
Air Enforcement Division (2242-A)  
Office of Enforcement and Compliance Assurance  
U.S. Environmental Protection Agency  
1200 Pennsylvania Avenue, N.W.  
Washington, DC 20460-0001

United States Attorney  
Western District of Texas  
c/o U.S. Marshal Service  
U.S. Courthouse  
655 E. Durango  
San Antonio, TX 78206

Administrator  
Department of Environmental Quality  
Enforcement Division  
Office of Environmental Compliance  
P.O. Box 4312  
Baton Rouge, Louisiana 70821-4312

Chief  
Air, Toxics, and Inspection Coordination Branch (6EN-A)  
Compliance Assurance and Enforcement Division  
U.S. Environmental Protection Agency, Region 6  
1445 Ross Avenue  
Dallas, Texas 75202

Re: **United States of America, et al. v. Valero Refining Company, et al. and Tesoro Refining and Marketing Corporation** (SA-05-CA-0569-RF)  
**Certification -- Section XXV. Termination**

Dear Notice Recipients:

In two letters dated April 3 and June 11, 2015, Alon Refining Krotz Springs, Inc. ("Alon") certified completion of all applicable requirements described in Paragraphs 359–360 of the above-referenced Consent Decree. Since submitting these certifications, Alon has agreed with the United States Environmental Protection Agency ("EPA") to request minor clarifications to its permit regarding certain surviving emission limits and standards, pursuant to CD paragraphs 291–293.

In anticipation of the Louisiana Department of Environmental Quality's issuance of a final Title V operating permit incorporating all of the clarifications agreed to between Alon and EPA, Alon submits the attached supplemental certification, in accordance with paragraph 359 of the Consent Decree.

Please contact me if you have any questions.

130098417.6

Sincerely,

*[signature: Gregg Byers]*

Gregg Byers
Vice President of Refining

Enclosure

cc:  Terri Dykes, Esq., EPA (via overnight mail)
    Mr. Jim Gold, EPA (via overnight mail)
    Mr. Guna Gunasekaran, LDEQ (via electronic mail)
    Ms. Cheryl Nolan, LDEQ (via electronic mail)
    Mr. Qingming Zhang, LDEQ (via electronic mail)
    Ms. Afton Bessix, LDEQ (via electronic mail)
    James Ranspot, Esq. (via electronic mail)
    Ms. Anita Junker (via electronic mail)
    LeAnn Johnson Koch, Esq. (via electronic mail)

130098417.6

## Certification of Completion

For the Consent Decree entered into with EPA and the State of Louisiana on November 23, 2005
(Civil Action No. SA-05-CA-0569-RF)

Pursuant to paragraphs 359–363 of the Consent Decree, to the best of my knowledge, after thorough investigation, I certify that the information contained in or accompanying this submission is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

I certify that Alon Refining Krotz Springs, Inc. ("Alon") has completed and satisfied all of the requirements for termination as set forth in paragraph 359 of the Consent Decree:

a. *Alon has installed control technology systems at its Krotz Springs refinery as specified in the Consent Decree.* Although the Consent Decree does not define "control technology systems," Alon's April 3 and June 11, 2015 termination requests detail the work performed by Alon to achieve compliance with the Consent Decree.

b. *Alon has achieved compliance with all provisions in the Consent Decree related to the Krotz Springs refinery.* Alon continues to maintain compliance with the ongoing flaring investigation and correction action, BWON and LDAR requirements, as well as continuing monitoring, reporting and recordkeeping requirements.

c. *All penalties and monetary obligations related to the Krotz Springs refinery due under the terms of the Consent Decree have been paid.*[1]

d. *Alon has completed the Supplemental Environmental Project related to the Krotz Springs refinery as set forth in Part XIX of the Consent Decree.*

e. *Alon has submitted applications for, and received permits incorporating the emission limits and standards required in Part XIV of the Consent Decree.*

_____        4/26/16
Gregg Byers                                Date
Vice President of Refining

---

[1] On July 3, 2008, Alon Refining Krotz Springs, Inc. acquired the stock of Valero Refining Company - Louisiana, the owner of the Krotz Springs Refinery, from Valero Energy Corporation. Therefore, several Consent Decree obligations, including the payment of the civil penalty, were completed prior to Alon's ownership of the refinery.

130098417.6