UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        and<br>the STATES OF COLORADO, LOUISIANA, NEW JERSEY, OKLAHOMA, and TEXAS,<br>    Plaintiff-Interveners,<br><br>    v.<br><br>VALERO REFINING COMPANY, ET AL., and TESORO REFINING AND MARKETING CORPORATION,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§   NO. SA-05-CA-0569-OLG<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**[PROPOSED] ORDER**

Upon consideration of the Joint Unopposed Motion to Terminate Consent Decree filed by Defendant Alon Refining Krotz Springs, Inc., formerly Valero Refining Company – Louisiana, Plaintiff the United States of America, and Plaintiff-Intervener the State of Louisiana (collectively, "the Movants"), and the Memorandum of Law and other papers filed in support thereof, and the Court finding that it is in the public interest to terminate the Valero Refining Company ("Valero") Consent Decree entered in this case on November 23, 2005 (Doc. No. 37) as it applies solely to the petroleum refinery in Krotz Springs, Louisiana; it is hereby

ORDERED that the Joint Motion to Terminate Consent Decree is GRANTED; and it is

FURTHER ORDERED that the Valero Consent Decree is hereby terminated with respect to Alon Refining Krotz Springs, Inc., formerly the Valero Refining Company – Louisiana, specifically as to the petroleum refinery in Krotz Springs, Louisiana.

Dated:_____        _____
                                                United States District Court Judge