# Exhibit 1



Richard J. Walsh
Senior Vice President
and Deputy General Counsel
Litigation and Regulatory Law

December 30, 2015

Chief
Air, Toxics, and Inspection Coordination Branch (6EN-A)
Compliance Assurance and Enforcement Division
U.S. Environmental Protection Agency, Region 6
1445 Ross Avenue
Dallas, Texas 75202

Chief, Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611

United States Attorney
Western District of Texas
c/o U.S. Marshal Service
U.S. Courthouse
655 E. Durango
San Antonio, TX 78206

Director, Air Enforcement Division (2242A)
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Administrator Enforcement Division
Office of Environmental Compliance
Louisiana Department of Environmental Quality
P.O. Box 4312
Baton Rouge, Louisiana 70821-4312

Eddie Terrill, Director Air Quality Division
Oklahoma Department of Environmental Quality
P.O. Box 1677
Oklahoma City, OK 73101-1677

Ramiro Garcia
Deputy Director, Office of Compliance & Enforcement
Texas Commission on Environmental Quality
P.O. Box 13087, MC 172
Austin, TX 78711-3087

Bob Rogers, P.E. Manager, Pollution Control
Memphis & Shelby County Health Department
Pollution Control Section
814 Jefferson Avenue
Memphis, TN 38105

Re: Notice of Certification of Completion for Valero Refining Company et al. NSR Consent Decree, Civil Action No. SA-05-CA-0569-RF (Consent Decree) and The Premcor Refining Group Inc. Consent Decree Addendum, Civil Action No. SA-07-CA-0683-RF (Addendum).

Plaintiffs and Plaintiff-Intervenors:

Valero Refining Company – California, Valero Refining Company – New Orleans, Valero Refining Company – Oklahoma, Valero Refining – Texas, L.P., Ultramar, Inc., Diamond Shamrock Refining Company, L.P., (collectively "Valero"), and The Premcor Refining Group Inc., and Valero Refining Company – Tennessee, LLC (collectively "Premcor") have completed and satisfied all of the requirements of the above-referenced Valero Consent Decree (Consent Decree) and the Premcor Addendum attaching the Premcor Consent Decree (Addendum). Enclosed is the certification of completion as required by the Consent Decree and Addendum.

December 30, 2015
Page 2

    Documentation of compliance with the Consent Decree and Addendum is available on a SharePoint drive located at https://ecsl.valero.com. The drive contains three primary folders. The first folder contains copies of the Valero Consent Decree and Premcor Addendum for your reference. The second and third folders are divided between the Valero and Premcor refineries and contain a primary folder for each refinery. Each refinery folder in turn contains a "Compliance Table" and a "Permit Table" which reference the Consent Decree and Addendum requirements and include hyperlinks to the appropriate documentation or permit.

    Valero and Premcor certify completion only for the refineries that they currently own. For ease of reference, a list indicating the ownership status of each refinery in the Consent Decree and Addendum is enclosed and is also available on the SharePoint drive. To obtain access to the drive, please contact Steve Thompson in EPA Region 6 by e-mail at: thompson.steve@epa.gov.

    I look forward to working with you to complete the termination of the Consent Decree and Addendum. Please contact me if you have any questions or concerns regarding this certification of completion or the compliance documentation.

Richard J. Walsh,
Deputy General Counsel and Senior Vice President
Valero Companies

Copy to:
Director, Air Division (AIR-I)
Attn: Chief, Air Enforcement Office
U.S. Environmental Protection Agency, Region 9
75 Hawthorne Street, San Francisco, CA 94105

Office of the Attorney General of the State of Texas
Natural Resource Division
Attn: Priscilla Hubenak
300 West 15th Street, 10th Floor
Austin, Texas 78701

Director Air Enforcement Division
Office of Enforcement and Compliance Assurance
c/o Matrix New World Engineering Inc.
120 Eagle Rock Ave., Suite 207, East Hanover, NJ 07936-3159
and an electronic copy to: csullivan@matrixnewworld.com

Director, Division of Enforcement and Compliance Assistance
U.S. Environmental Protection Agency, Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-3104

Valero Refining Company et al. and The Premcor Refining Group Inc.

**Certification of Completion**

For the Consent Decree entered into with EPA on November 23, 2005
(Civil Action No. SA-05-CA-0569-RF)
and
the Consent Decree Addendum entered into with EPA on August 16, 2007
(Civil Action No. SA-07-CA-0683-RF).

Pursuant to paragraph 363 of the Valero Consent Decree (Consent Decree) and the Premcor Consent Decree Addendum (Addendum), to the best of my knowledge, after thorough investigation by experienced professionals with knowledge, I certify that Valero Refining Company – California, Valero Refining Company – New Orleans, Valero Refining Company – Oklahoma, Valero Refining – Texas, L.P., Ultramar, Inc., Diamond Shamrock Refining Company, L.P., (collectively "Valero"), and The Premcor Refining Group Inc. and Valero Refining Company – Tennessee, L.L.C. (collectively "Premcor") have completed and satisfied all of the requirements for termination set forth in paragraph 359 of the Consent Decree and Addendum:

a. Valero and Premcor have installed control technology systems specified in the Consent Decree and Addendum.
b. Except as reported in semi-annual reports, Valero and Premcor have complied with all provisions in the Consent Decree and Addendum.
c. Valero and Premcor have paid all penalties and monetary obligations due under the terms of the Consent Decree and Addendum.
d. Valero and Premcor have completed the Supplemental Environmental Projects as set forth in Part XIX of the Consent Decree and Addendum; and
e. Valero and Premcor have submitted applications for, and received permits incorporating, the emission limits and standards required in Part XIV of the Consent Decree and Addendum.

Name: Richard J. Walsh
Title: Deputy General Counsel and Senior VP
       Valero Companies
Date: December 30, 2015

Valero / Premcor Refinery Enforcement Initiative CD – List of Defendants

United States of America, Plaintiff, and
the States of Colorado, Louisiana, New Jersey,
Oklahoma and Texas, Plaintiff-Intervenors,
    v.
Valero Refining Company, et al.
and Tesoro Refining and Marketing
Corporation, Defendents

Civil Action No. SA-05-CA-0569-RF

## Defendants

I.    "Valero," Individually and collectively:

- **Valero Refining Company – California**
  - **Valero Benicia Refinery**
- Valero Refining Company New Jersey
  - *Paulsboro Refinery (now, PBF Energy)*
- Valero Refining Company – Louisiana
  - *Krotz Springs Refinery (now, Alon USA)*
- **Valero Refining Company - New Orleans, L.L.C.**
  - **Valero St. Charles Refinery**
- **Valero Refining Company - Oklahoma**
  - **Valero Ardmore Refinery**
- **Valero Refining – Texas, L.P.**
  - **Valero Corpus Christi East Refinery**
  - **Valero Corpus Chrisit West Refinery**
  - **Valero Texas City Refinery**
  - **Valero Houston Refinery**
- **Ultramar Inc.**
  - **Valero Wilmington Refinery**
- *TPI Petroleum, Inc. (Dissolved)*

- *Colorado Refining Company*
  - *Valero Denver Refinery (now, Suncor Energy (USA) Inc.)*
- **Diamond Shamrock Refining Company, L.P.**
  - **Valero McKee Refinery**
  - **Valero Three Rivers Refinery**

II.    Tesoro Refining and Marketing Company
- *Golden Eagle Refinery*

Note:  Refineries in bold are currently owned by Valero / Premcor and are part of the CD termination. Italicized refineries are not part of the termination.

United States of America, Plaintiff, and
The State of Ohio and the Memphis
Shelby County Health Department,
Plaintiff-Intervenors,
    v.
The Premcor Refining Group Inc., and
The Lima Refining Company, Defendents

Civil Action No. SA-07-CA-0683-RF

## Defendants

I.    "Premcor," collectively:

- **The Premcor Refining Group Inc.**
  - **Valero Port Arthur Refinery**
  - **Valero Memphis Refinery** - (Effective April 1, 2008, the Valero Memphis Refinery was transferred to Valero Refining Company – Tennessee, L.L.C. from The Premcor Refining Group Inc.)
- *Lima Refining Company (now, Husky Energy Inc.)*
  - *Lima Refinery*

Note:   Refineries in bold are currently owned by Valero / Premcor and are part of the CD termination. Italicized refineries are not part of the termination.