UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| and | ) |
| The States of Colorado, Louisiana, New Jersey, Oklahoma, and Texas, | ) |
| Plaintiff-Intervenors, | ) Civil Action No.: SA-05-CA-0569-OLG |
| v. | ) |
| Valero Refining Company, et al. and Tesoro Refining and Marketing Corporation, | ) |
| Defendants. | ) |

**ORDER TERMINATING THE**
**<u>CONSENT DECREE AS TO THE VALERO REFINERIES</u>**

This matter having been raised before the Court on the Joint Unopposed Motion of Plaintiff the United States of America and Defendants Valero Refining Company – California, Valero Refining Company – New Orleans, Valero Refining Company – Oklahoma, Valero Refining – Texas, L.P., Ultramar, Inc., and Diamond Shamrock Refining Company, L.P. (collectively, "Valero"), for an Order to terminate the Consent Decree entered by this Court on November 23, 2005 (Doc. No. 37) ("Consent Decree") as it relates to ten (10) Valero-owned petroleum refineries (Ardmore Refinery, Corpus Christi West Refinery, Corpus Christi East Refinery, Houston Refinery, McKee Refinery, Texas City Refinery, Three Rivers Refinery, St.

Charles Refinery, Wilmington Refinery, and Benicia Refinery), and the Court having considered the Joint Motion,

 IT IS THEREFORE ORDERED THIS ___ of _____, _____, that the Consent Decree is hereby terminated as to the Valero-owned refineries listed above.

               _____
               District Court Judge